No. 88-335. FLIP SIDE PRODUCTIONS, INC., ET AL. v. JAM PRODUCTIONS, LTD., ET AL. C. A. 7th Cir. Certiorari denied.

No. 88-337. PIERCE COUNTY DISTRICT COURT PROBATION OFFICE ET AL. v. ELLIOTT ET AL. C. A. 9th Cir. Certiorari denied.

No. 88-344. OSCAR v. CLOVERVALE FOODS PROCESSING, INC. C. A. 4th Cir. Certiorari denied.

No. 88-346. MINIZZA ET AL. v. STONE CONTAINER CORP., CORRUGATED CONTAINER DIVISION, EAST PLANT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88-351. DRINKWATER v. METROPOLITAN LIFE INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 88-359. BUTTON ET UX. v. CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 88-363. FOURNIER ET UX. v. PETROLEUM HELICOPTERS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 88-365. RIVARD ET AL. v. CHICAGO FIRE FIGHTERS UNION, LOCAL NO. 2, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 88-368. KOCH v. CITY OF HUTCHINSON, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88-430. DRASEN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88-457. NELSON ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88-471. MARTIN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 88-475. DE IZAGUIRRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.